United States District Court
Eastern District of North Carolina
Western Division

5:21-CT-3016
Case No. _____

(To be filled out by Clerk's Office only)

FILED
JAN 1 5 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

DENNIS BLACKWELL

Inmate Number 0033115

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

(*Pro Se* Prisoner)

STATE OF NORTH CAROLINA

ROY A. COOPER III

COUNTY OF PENDER

BRYAN K. WELLS

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

- [x] 42 U.S.C. § 1983 (state, county, or municipal defendants)

- [ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

- [ ] Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

DENNIS BLACKWELL
Name

0033115
Prisoner ID #

PENDER CORRECTIONAL
Place of Detention

P.O. BOX 1058
Institutional Address

BURGAW     N.C.     28425
City     State     Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

- [ ] Pretrial detainee   [ ] State   [ ] Federal
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **STATE OF NORTH CAROLINA**
Name

**STATE GOVERNMENT**
Current Job Title

**P. O. BOX 629**
Current Work Address

**RALEIGH**     **N.C.**     **27602**
City     State     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: **ROY A. COOPER III**
Name

**GOVENOR**
Current Job Title

**4296 M.S.C.**
Current Work Address

**RALEIGH**     **N.C.**     **27699-4294**
City     State     Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## Defendant(s) Continued

Defendant 3: **PENDER COUNTY**
Name

**COUNTY GOVERNMENT**
Current Job Title

**PENDER COUNTY BLDG.**
Current Work Address

City **BURGAW**    State **N.C.**    Zip Code **28425**

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both


Defendant 4: **BRYAN K. WELLS**
Name

**WARDEN**
Current Job Title

**P.O. BOX 1058**
Current Work Address

**BURGAW**    **N.C.**    **28425**
City    State    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: N.C. STATE LEGISLATIVE BLDG. AND PENDER CORRECTIONAL FACILITY

Date(s) of occurrence: UNLAWFUL ASSEMBLY OF N.C.G.S. 14-7.1 TOOK PLACE IN YEAR 1985

State which of your federal constitutional or federal statutory rights have been violated:

5TH, 8TH AND 14TH AMD U.S.C.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

N.C. LEGISLATURE UNLAWFULLY ASSEMBLED (4) CRIMINAL STATUSES INTO N.C.G.S. 14-7.1, WHICH HAS BEEN USED BY STATE COURTS TO ENHANCE REPEAT OFFENDER SENTENCES, FROM 1996 THROUGH DATE OF THIS DOCUMENT.

PETITIONER HAS BEEN PASSED OVER FOR BARBER-JOB FROM SEPT. 16, 2020 TO DATE OF THIS COMPLAINT AND BARBER JOBS WERE GIVEN TO OTHERS WITH LESS SINIORITY AND QUALIFICATIONS, BY PENDER STAFF.

PENDER CORRECTIONAL SUPERINTENDANT BRYAN K. WELLS FAILED TO COMPLY WITH N.C. GOVENORS SOCIAL DISTANCING AND REDUCED CAPACITY ORDERS.

**What happened to you?**

PETITIONER'S (3) CONSECUTIVE SENTENCES REACHED LEVEL OF CRUEL AND UNUSUAL PUNISHMENT.

(3) CONSECUTIVE SENTENCES WERE UNLAWFULLY ENHANCED BY COURT'S USE OF N.C.G.S. 14-7.1.

PETITIONER WAS DEPRIVED OF GAINED TIME AND OF MERIT TIME.

PENDER CORRECTIONAL EXPERIENCED (6) DEATHS AND OVER 218 DEADLY CORONA VIRUS INFECTIONS, IN (7) MONTH PERIOD, INCLUDING PETITIONER.

**When did it happen to you?**

ON 10-MONTH 26 DAY 2020 YEAR THROUGH DATE OF THIS COMPLAINT.

PETITIONER TESTED POSITIVE FOR CORONA VIRUS OCTOBER 26, 2020.

EXECUTIVE ORDERS FOR SOCIAL DISTANCING AND REDUCED CAPACITY WERE REFUSED MARCH 27, 2020 THROUGH DATE OF COMPLAINT.

**Where did it happen to you?**

AT PENDER CORRECTIONAL FACILITY.
N.C. LEGISLATIVE BLDG. IN RALEIGH NORTH CAROLINA.
AT PENDER CORRECTIONAL FACILITY PROGRAMS BLDG.

IN B-4 DAYROOM REPORTED BY DOCTOR LEWIS.

IN PENDER CORRECTIONAL DORM-B BUNK-2 (4) FEET FROM NEXT BUNK.

**What was your injury?**

PETITIONER'S (3) CONSECUTIVE SENTENCES REACHED LEVEL OF CRUEL AND UNUSUAL PUNISHMENT, BECAUSE HE WAS REQUIRED TO SERVE 2ND AND 3RD SENTENCES IN MIDST OF DEADLY CORONA VIRUS PANDEMIC, AFTER TESTING POSITIVE FOR CORONA VIRUS.

PETITIONER HAS BEEN DEPRIVED OF SENTENCE REDUCTIONS, AFTER COMPLETING JOB ASSIGNMENT.

PETITIONER'S CIRCUMSTANCES HAVE BECOME SO CHANGE, AFTER CONTRACTING CORONA VIRUS, THAT HIS CONTINUED CONFINEMENT WOULD BE INEQUITABLE.

PETITIONER IS CURRENTLY HOUSED IN DORM WITH (2) MAN BUNK BEDS (4) FEET APART, IN VIOLATION OF N.C. GOVENOR'S SOCIAL DISTANCING AND REDUCED CAPACITY ORDERS, WITH REPORTS OF CORONA VIRUS VICTIMS CONTRACTING VIRUS UP TO (3) OCCASSIONS.

PETITIONER WAS FORCED TO COMPLETE A 8 TO 11 YEAR UNLAWFULLY ENHANCED SENTENCE.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes  ☐ No
    If no, explain why not:

Is the grievance process completed?  ☒ Yes  ☐ No
    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

REPEAL AND DISSOLVE N.C.G.S. 14-7.1.
PAY PETITIONER 7 MILLION DOLLARS COMPENSATORY DAMAGES.
PAY PETITIONER 5 MILLION DOLLARS PUNATIVE DAMAGES.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☒ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

JANUARY 8, 2021
Dated

X Dennis Blackwell
Plaintiff's Signature

DENNIS BLACKWELL
Printed Name

0033115
Prison Identification #

P.O. BOX 1058    BURGAW    N.C.    28425
Prison Address    City    State    Zip Code